NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL MCMILLAN,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No.  2D17-3744
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed May 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

Russell McMillan, pro se.


PER CURIAM.


            Affirmed.



NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.